Post Date: 01/06/2020
Payfiler: 20...
FOR COURT USE ONLY
Docket: CV1250-FOR PJR
Receipt No.: 0000367

**NOTICE OF APPLICATION FOR PREJUDGMENT REMEDY/CLAIM FOR HEARING TO CONTEST APPLICATION OR CLAIM EXEMPTION**

JD-CV-53 Rev. 7-01
C.G.S. §§ 52-278c et seq.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**INSTRUCTIONS TO PLAINTIFF/APPLICANT**

| | CLPJRA Application | CLPJRHG Contest PJR Application (If Section III Completed) |
|---|---|---|

1. Complete section I in connection with all prejudgment remedies EXCEPT ex parte prejudgment remedies and submit to the Clerk along with your application and other required documents.
2. Upon receipt of signed order for hearing from clerk, serve this form on defendant(s) with other required documents.

### SECTION I - CASE INFORMATION (To be completed by Plaintiff/Applicant)

| Judicial District [X] | Housing Session ☐ | G.A. No. ☐ | COURT ADDRESS **95 Washington Street, Hartford, CT 06106** |
|---|---|---|---|

Has a temporary restraining order been requested? ☐ YES [X] NO

AMOUNT, LEGAL INTEREST, OR PROPERTY IN DEMAND, EXCLUSIVE OF INTEREST AND COSTS IS ("X" one of the following)

☐ LESS THAN $2500
☐ $2500 THROUGH $14,999.99
[X] $15,000 OR MORE ("X" if applicable)
☐ CLAIMING OTHER RELIEF IN ADDITION TO OR IN LIEU OF MONEY DAMAGES

NAME OF CASE (First-named plaintiff vs. First-named defendant)
**Doe, James v. Bemer, Bruce J.**

☐ SEE ATTACHED FORM JD-CV-67 FOR CONTINUATION OF PARTIES

CASE TYPE (From Judicial Branch case list) MAJOR: **T** MINOR: **90** NO. COUNTS **3**

NAME AND ADDRESS OF PLAINTIFF/APPLICANT (Person making application for Prejudgment Remedy) (No., street, town and zip code)
**Doe, James c/o Kevin C. Ferry, Esq., Law office of Kevin C. Ferry, LLC 77 Lexington Street, New Britain, CT 06052**

NAME(S), ADDRESS(ES) AND TELEPHONE NO(S). OF DEFENDANT(S) AGAINST WHOM PREJUDGMENT REMEDY IS SOUGHT (No., street, town and zip code) (Attach additional sheet if necessary) **Bemer, Bruce; 215 Sherwood Drive, Glastonbury, CT 06033**

NAME AND ADDRESS OF ANY THIRD PERSON HOLDING PROPERTY OF DEFENDANT WHO IS TO BE MADE A GARNISHEE BY PROCESS PREVENTING DISSIPATION

FOR THE PLAINTIFF(S) ENTER THE APPEARANCE OF:

NAME AND ADDRESS OF ATTORNEY, LAW FIRM OR PLAINTIFF IF PRO SE (No., street, town and zip code)
**Law Office of Kevin C. Ferry, LLC 77 Lexington Street, New Britain, CT 06052**

| TELEPHONE NO. **860-827-0880** | JURIS NO. (If atty. or law firm) **429851** | SIGNED | DATE SIGNED **01/06/2020** |
|---|---|---|---|

### SECTION II - NOTICE TO DEFENDANT

You have rights specified in the Connecticut General Statutes, including Chapter 903a, that you may wish to exercise concerning this application for a prejudgment remedy. These rights include the right to a hearing:

(1) to object to the proposed prejudgment remedy because you have a defense to or set-off against the action or a counterclaim against the plaintiff or because the amount sought in the application for the prejudgment remedy is unreasonably high or because payment of any judgment that may be rendered against you is covered by any insurance that may be available to you;

(2) to request that the plaintiff post a bond in accordance with section 52-278d of the General Statutes to secure you against any damages that may result from the prejudgment remedy;

(3) to request that you be allowed to substitute a bond for the prejudgment remedy sought; and

(4) to show that the property sought to be subjected to the prejudgment remedy is exempt from such a prejudgment remedy.

You may request a hearing to contest the application for a prejudgment remedy, assert any exemption or make a request concerning the posting or substitution of a bond in connection with the prejudgment remedy. **The hearing may be requested by any proper motion or by completing section III below and returning this form to the superior court at the Court Address listed above.**

You have a right to appear and be heard at the hearing on the application to be held at the above court location on:

| DATE **2/10/2020** | TIME **9:30** [A]. M. | COURTROOM **TBD** |
|---|---|---|

### SECTION III - DEFENDANT'S CLAIM AND REQUEST FOR HEARING (To be completed by Defendant)

I, the defendant named below, request a hearing to contest the application for prejudgment remedy, claim an exemption or request the posting or substitution of a bond. I claim: ("X" the appropriate boxes)

☐ that the amount sought in the application for prejudgment remedy is unreasonably high.

☐ a defense, counterclaim, set-off or exemption.

☐ that any judgment that may be rendered is adequately secured by insurance.

☐ that I be allowed to substitute a bond for the prejudgment remedy.

☐ that the plaintiff be required to post a bond to secure me against any damages that may result from the prejudgment remedy.

I certify that a copy of the above claim was mailed/delivered to the Plaintiff or the Plaintiff's attorney on the Date Mailed/Delivered shown below.

| DATE COPY(IES) MAILED/DELIVERED | SIGNED (Defendant) | DATE SIGNED |
|---|---|---|

TYPE OR PRINT NAME AND ADDRESS OF DEFENDANT

FOR COURT USE ONLY
STATE OF THE CLERK SUPERIOR COURT HARTFORD J.D.
FILED 20... JUN 9 AM 9 52

DOCKET NO. PJR CV **195062220**

| NAME OF EACH PARTY SERVED* | ADDRESS AT WHICH SERVICE WAS MADE* |
|---|---|

*If necessary, attach additional sheet with names of each party served and the address at which service was made.

*107*

DOCKET NO.: HHD-CV19-5062220-S      :      SUPERIOR COURT

JAMES DOE      :      J.D. OF HARTFORD

VS.      :      AT HARTFORD

BRUCE BEMER      :      JANUARY 6, 2020

## APPLICATION FOR PRE-JUDGMENT REMEDY

**TO THE SUPERIOR COURT FOR THE JUDICIAL DISTRICT OF HARTFORD AT HARTFORD:**

The undersigned, as counsel of record to the applicant-plaintiff, hereby represents that:

1. The applicant intends to commence a personal injury action against the respondent-defendant alleging that his misconduct, involving sexual assault and human trafficking, proximately caused injuries to the plaintiff.

2. The applicant-plaintiff, is a resident of Portland, Connecticut.

3. Plaintiff was repeatedly a victim of the human trafficking conspiracy of the defendant and forced into drug addiction, drug use and prostitution by the defendant who exploited his mental and emotional disabilities for the defendant's own sexual gratification, in various locations throughout Connecticut. See Writ, Summons and Complaint and Return of Service, filed in this matter, attached as Exhibit A.

4. The respondent-defendant, Bruce J. Bemer, is an individual who was, at all times relevant herein, a resident of Glastonbury and Westport, Connecticut, respectively.

5. The applicant-plaintiff commenced this action based on defendant's combined culpable conduct.

6. The respondent-defendant, upon information and belief, is uninsured for the harms and losses he inflicted. See Foley Affidavit attached as Exhibit B.

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

1

7. Based on the facts, the severity of plaintiff's injuries, the heinousness of the defendant's misconduct, punitive damages and the future economic and non-economic damages, there is probable cause that a verdict and judgment against defendant will enter.

8. The affidavit of Monique S. Foley, filed pursuant to General Statutes § 52-278c, is attached in support of this application as Exhibit B.

9. In order to secure the judgment, interests and costs, the applicant-plaintiff seeks an order from this court directing the following remedy to be granted: To attach sufficient assets of the defendants not to exceed the sum of $3,500,000.00.

**WHEREFORE,** the applicant-plaintiff requests that a hearing be held on this application, that notice of the time, date and place of such hearing be given to the respondent-defendant, and that the requested pre-judgment remedy be ordered.

The Applicant-Plaintiff,

By: _____
Kevin C. Ferry, Esq.
Monique S. Foley, Esq.
Law Office of Kevin C. Ferry, LLC
77 Lexington Street
New Britain, CT 06052
(t) 860-827-0880
(f) 860-827-9942
Juris #: 429851
His Attorneys

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

2

Case 3:20-cv-01103-VLB Document 1-5 Filed 08/04/20 Page 4 of 26

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 6th day of January, 2020 to the following counsel of record for respondent-defendant:

Ryan P. Barry, Esq.
Barry, Barall & Spinella, LLC
202 West Center Street, 1st Floor
Manchester, CT 06040
(t) (860) 649-4400
(f) (860) 645-7900

Monique S. Foley, Esq.
Law Office of Kevin C. Ferry, LLC
77 Lexington Street
New Britain, CT 06052
(t) 860-827-0880
(f) 860-827-9942
Juris #429851

**LAW OFFICE OF KEVIN C. FERRY, LLC**
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

3

DOCKET NO.: HHD-CV19-5062220-S     :     SUPERIOR COURT

JAMES DOE     :     J.D. OF HARTFORD

VS.     :     AT HARTFORD

BRUCE BEMER     :     JANUARY 6, 2020

## ORDER FOR PRE-JUDGMENT REMEDY

WHEREAS, the applicant-plaintiff has filed an application seeking a pre-judgment remedy to secure a judgment, interest and costs in the amount of $3,500,000.00 by attachment and/or garnishment of sufficient property of the respondent-defendant;

WHEREAS, the court has conducted a hearing on the Motion pursuant to General Statutes § 52-278a, et seq,;

WHEREAS, the court has considered all the evidence relative to the applicant-Plaintiff's claims;

NOW THEREFORE, it is ordered that the application is hereby GRANTED and the applicant-plaintiff may secure the sum of $_____;

      a. Attach sufficient assets of the respondent-defendant not to exceed the sum of $_____.

Dated at Hartford, Connecticut this _____ day of _____, 2020.

THE COURT,

BY:_____
    JUDGE/CLERK

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

4

DOCKET NO.: HHD-CV19-5062220-S      :       SUPERIOR COURT

JAMES DOE                          :       J.D. OF HARTFORD

VS.                                :       AT HARTFORD

BRUCE BEMER                    :       JANUARY 6, 2020

## WRIT OF ATTACHMENT

      TO ANY PROPER OFFICER: By the authority of the State of Connecticut, you are hereby commanded, in accordance with the accompanying order, to attach the value of: $_____ the assets and goods of:

               BRUCE J. BEMER, resident of Connecticut.

      Dated at Hartford, Connecticut on this _____ day of _____, 2020.

                         THE COURT,

               BY:_____
                     JUDGE/CLERK

**LAW OFFICE OF KEVIN C. FERRY, LLC**
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

5

| DOCKET NO.: HHD-CV19-5062220-S | : | SUPERIOR COURT |
|---|---|---|
| JAMES DOE | : | J.D. OF HARTFORD |
| VS. | : | AT HARTFORD |
| BRUCE BEMER | : | JANUARY 6, 2020 |

### ORDER FOR HEARING- IN RE: PREJUDGMENT REMEDY APPLICATION

The foregoing application, having been presented to the Court, it is hereby ordered that a hearing be held thereon on the 10th day of February 2020, at 9:30 a.m./p.m., in the Superior Court for the Judicial District of Hartford, 95 Washington Street, Hartford, CT and that the applicant give notice to the respondent in accordance with General Statutes Section 52-278c of the pendency of the application and of the time when it will be heard by causing a true and attested copy of the application, the writ of Summons and Complaint, the affidavit and this Order, together with such notice as required by subsection (e) of General Statues Section 52-278c, to be served upon the respondent by some proper officer or indifferent person on or before the 3rd day of February, 2020, and that due return of service be made to this Court.

ASSISTANT CLERK
THE COURT,

By: _Sarah Oddlette_
~~Judge~~ / Clerk
Assistant Clerk

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

6



STATE OF CONNECTICUT
OFFICE OF THE CLERK
SUPERIOR COURT
*www.jud.ct.gov*

## Notice Regarding Hearing

A preliminary hearing has been scheduled for this matter on the date and time shown on the attached order which has been signed by the judge or a clerk of the court. You or an attorney representing you must come to court on the date and time shown in the order if you want to contest this matter.

**The court will not hear argument or receive evidence or testimony from witnesses on the date of the preliminary hearing.** On the date of the preliminary hearing, the court will schedule a date for a conference with a judge, to be attended by you or your attorney, to attempt to resolve issues without the need for an evidentiary hearing. The conference is usually scheduled within two weeks of the preliminary hearing. If an evidentiary hearing is required, one will be scheduled after the conference is completed.

If you or your attorney does not come to court on the date or time shown on the attached order, the Court **may** make a decision on this matter based on the papers filed by the applicant without scheduling a conference or an evidentiary hearing.

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

### STATE OF CONNECTICUT
### SUPERIOR COURT
www.jud.ct.gov

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.

☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.

☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | ( 860 )548-2700 | December Month | 17, Day | 2 019 Year |

| ☒ Judicial District | ☐ G.A. Number: | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) | Case type code *(See list on page 2)* | |
|---|---|---|---|---|
| ☐ Housing Session | | Hartford | Major: T | Minor: 90 |

## For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Law Office of Kevin C. Ferry, LLC   77 Lexington Street, New Britain, CT 06052 | 429851 |

| Telephone number *(with area code)* | Signature of Plaintiff *(If self-represented)* | |
|---|---|---|
| ( 860 )  827-0880 | | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☐ Yes ☒ No | Email address for delivery of papers under Section 10-13 *(if agreed to)* |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|---|
| First Plaintiff | Name: | Doe, James | P-01 |
| | Address: | c/o Law Office of Kevin C. Ferry, LLC 77 Lexington Street, New Britain, CT 06052 | |
| Additional Plaintiff | Name: | | P-02 |
| | Address: | | |
| First Defendant | Name: | Bemer, Bruce J. | D-01 |
| | Address: | 215 Sherwood Drive, Glastonbury, CT 06033 | |
| Additional Defendant | Name: | | D-02 |
| | Address: | | |
| Additional Defendant | Name: | | D-03 |
| | Address: | | |
| Additional Defendant | Name: | | D-04 |
| | Address: | | |

*(handwritten/stamped vertically: OFFICE OF THE CLERK SUPERIOR COURT HARTFORD J.D.  2019 NOV 8 PM 4 53 FILED)*

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left | Date signed |
|---|---|---|---|
| *(signature)* | | Monique S. Foley, Esq. | 11/08/2019 |

| If this Summons is signed by a Clerk: | For Court Use Only | |
|---|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. | File Date | |
| b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. | | |
| c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. | | |
| d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | | |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|
| | | | CV19-5062220 |

(Page 1 of 2)

CV 19- 50 6 2 2 2 0

RETURN DATE: DECEMBER 17, 2019      :      SUPERIOR COURT

JAMES DOE      :      J.D. OF HARTFORD

VS.      :      AT HARTFORD

BRUCE BEMER      :      NOVEMBER 8, 2019

## COMPLAINT

## COUNT ONE: JAMES DOE v. BRUCE BEMER— (ASSAULT AND BATTERY)

1.     At all times mentioned herein, plaintiff, JAMES DOE is a citizen of Connecticut who was afflicted with serious emotional and/or mental impairments and was a minor at all times referenced herein.

2.     At all times mentioned herein, defendant, Bruce Bemer, is a citizen of Connecticut. The defendant, Bruce Bemer, is an individual who engaged in a continuous course of depraved and corrupt sexual activity over many years, targeting emotionally and mentally weak and ill individuals, including the plaintiff, and in addition to, would target minor boys and mentally disabled boys and men for the purposes of sexual gratification and sexual exploitation of plaintiff, in exchange for monetary awards to plaintiff. Defendant targeted plaintiff who was a minor high school student and suffered from emotional and/or mental impairments.

3.     During the various times during the plaintiff's minority, while minor plaintiff was between sixteen and seventeen, on or around the years of 1992-1993, defendant invited and lured plaintiff to his office at Bemer Petroleum

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

1

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

Corporation, located at 210 Commerce Street, Glastonbury, CT 06033 approximately 12 times over a period of at least four years and engaged in a pattern of inappropriate contact and touching plaintiff for the purpose of sexual gratification and/or sexual exploitation of minor plaintiff.

4.   The injuries set forth by the plaintiff were the proximate result of the foregoing assault and battery committed by the defendant, BRUCE BEMER, in one or more of the following ways:

a.   In that defendant BRUCE BEMER engaged in sexual activities with the plaintiff, who due to age and emotional and/or mental impairments was unable to protect himself and unable to consent to such sexual activities;

b.   In that defendant, BRUCE BEMER engaged in sexual activities with the plaintiff knowing that he was a minor and had emotional impairments to the extent he was unable to understand and appreciate the risks associated with sexual activities, unable to protect himself from the defendant's, BRUCE BEMER, advances and unable to consent to sexual activities with defendant;

c.   In that defendant, BRUCE BEMER engaged in sexual activities with plaintiff using intimidation, threats and/or taking advantage of his vulnerability;

2

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

d. In that defendant, BRUCE BEMER sought out minors, the plaintiff in particular, for the purpose of engaging in sexual acts; and

e. In that defendant, BRUCE BEMER, exposed children, plaintiff in particular, to alcohol, while engaging in sexual acts with minors, plaintiff in particular;

5. As a result of the aforesaid assault and battery by defendant, BRUCE BEMER, the plaintiff suffered, and continues to suffer, injuries of a serious nature, including but not limited to, physical injuries, emotional distress, shock, terror, recurrent and intrusive recollections of the abuse, anger, anxiety, post-traumatic stress disorder, depression, low self-esteem, frustration and fear as well as psychological and psychiatric disorders.

6. All or some of the plaintiff's aforementioned injuries are or may be permanent in nature, or, if unresolved, impose the risk of serious mental illness.

7. As a result of the aforementioned assault and battery by defendant, BRUCE BEMER, plaintiff, JAMES DOE, has also suffered a loss of the full enjoyment of life's activities.

8. These violations were substantial factors in causing injuries to plaintiff as set forth in this complaint.

9. As a result of this defendant's assault and battery, plaintiff, JAMES DOE, suffered severe physical and emotional trauma, depression, and pain and suffering. Many of these injuries are or may be permanent.

3

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

10.   As a further consequence of the conduct of this defendant, plaintiff will incur expenses for medical care, psychiatric care and/or counseling.

11.   As a further consequence of the conduct of this defendant, plaintiff's earning capacity has been greatly diminished, impaired and reduced, all to his loss and damage.

## COUNT TWO: JAMES DOE v. BRUCE BEMER; RECKLESS AND WANTON CONDUCT AGAINST BRUCE BEMER

1-11.   At all relevant times herein, paragraphs 1-11 of Count One are incorporated herein and made counts 1-11 of Count Two.

12.   Upon information and belief, Defendant BRUCE BEMER repeatedly brought a minor child (plaintiff) with emotional and/or mental impairments to his office at Bemer Petroleum Corporation, at least 12 times over a course of at least 4 (four) years, for the purposes of defendant's own sexual gratification and/or sexual exploitation of minor plaintiff. Once brought into defendant's office, plaintiff could not be supervised by any adult with authority or any adult to enforce the safety and wellbeing of the child and defendant engaged minor child plaintiff, JAMES DOE, in sexual activity. Upon information and belief, Defendant used various tactics, including enticing offers of alcohol, cars and/or money to overcome the Plaintiff for his sexual exploitation. As a result of defendant's actions, defendant, BRUCE BEMER, engaged in conduct that was in reckless and wanton disregard of minor plaintiff's rights.

4

13. Defendant BRUCE BEMER knew or should have known that engaging in sexual activity with a minor child would have serious emotional and physical trauma.

14. As a result of the aforementioned wanton and reckless conduct by defendant, BRUCE BEMER, the plaintiff suffered, and continues to suffer injuries of a serious nature, including but not limited to, physical injuries, emotional distress, shock, terror, recurrent and intrusive recollections of the abuse, anger, anxiety, post-traumatic stress disorder, depression, low self-esteem, frustration and fear as well as psychological and psychiatric disorders.

15. All or some of the plaintiff's aforementioned injuries are or may be permanent in nature, or, if unresolved, impose the risk of serious mental illness.

16. As a result of the aforementioned wanton and reckless conduct by defendant, BRUCE BEMER, Plaintiff, James Doe, has also suffered a loss of full enjoyment of life's activities.

17. These violations were substantial factors in causing injuries to the plaintiff as set forth in this complaint.

18. As a result of this aforementioned wanton and reckless conduct, plaintiff suffered severe physical and emotional trauma, depression and pain and suffering. Many of these injuries are or may be permanent in nature.

19. As a further consequence of aforementioned wanton and reckless conduct, the plaintiff will continue to suffer emotional trauma and anxiety over this assault

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

5

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

and will require counseling, therapy, medical care, additional supervision and care.

20.  As a further consequence of the conduct of this defendant, plaintiff has incurred and will continue to incur expenses for hospital treatment, medical care, psychiatric care and counseling.

21.  As a further consequence of the conduct of this defendant, plaintiff's earning capacity has been greatly diminished, impaired and reduced, all to his loss and damage.

**COUNT THREE: JAMES DOE v. BRUCE BEMER; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST BRUCE BEMER**

1-11.   At all relevant times herein, paragraphs 1-11 of Count One are hereby incorporated herein and made paragraphs 1-11 of Count Three.

12-21.  At all relevant times herein, paragraphs 12-21 of Count Two are hereby incorporated herein and made paragraphs 12-21 of Count Three.

22.  Defendant, BRUCE BEMER, took minor child plaintiff, JAMES DOE, to his office at Bemer Petroleum Corporation approximately 12 (twelve) times over a period of at least 4 (four) years and engaged in sexual conduct with the minor child, including serving said minor child alcoholic beverages and luring plaintiff with money.

23.  By taking plaintiff, a minor child with emotional impairments, to defendant's office at Bemer Petroleum Corporation, where plaintiff could

6

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

not be supervised by any adult with authority or an adult enforcing the safety and wellbeing of the child, and by engaging the plaintiff-minor child in sexual activity and monetary exchanges, defendant BRUCE BEMER, engaged in conduct that:

    a. intended to inflict emotional distress upon plaintiff or should have known that emotional distress was a likely result of defendant's conduct;

    b. was extreme and outrageous;

    c. was the cause of plaintiff's distress; and

    d. the emotional distress suffered by plaintiff was severe.

24.     As a result of the aforementioned intentional infliction of emotional distress by defendant BRUCE BEMER, the plaintiff suffered, and continues to suffer, injuries of a serious nature, including but not limited to, physical injuries, emotional distress, shock, terror, recurrent and intrusive recollections of the abuse, anger, anxiety, post-traumatic stress disorder, depression, low self-esteem, frustration and fear as well as psychological and psychiatric disorders.

25.     All or some of the plaintiff's aforementioned injuries are or may be permanent in nature, or, if unresolved, impose the risk of serious mental illness.

7

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

26.     As a result of the aforementioned intentional infliction of emotional distress by defendant, BRUCE BEMER, plaintiff has also suffered a loss of full enjoyment of life's activities.

27.     These violations were substantial factors in causing the injuries to plaintiff set forth in this complaint.

28.     As a result of this aforementioned intentional infliction of emotional distress, plaintiff suffered severe physical and emotional trauma, depression and pain and suffering. Many of these injuries are or may be permanent in nature.

29.     As a further consequence of the aforementioned intentional infliction of emotional distress, the plaintiff will continue to suffer emotional trauma and anxiety over this assault and will require counseling, therapy, medical care, additional supervision and care.

30.     As a further consequence of the conduct of this defendant, plaintiff will continue to incur expenses for hospital treatment, medical care, psychiatric care and counseling.

8

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

WHEREFORE, the Plaintiff claims and demands:

1. Monetary Damages;

2. Punitive Damages;

3. Costs; and

4. Such other relief as the Court deems just and appropriate.

Hereof, fail not, but of this writ with your doings thereon make due service and return according to law.

Dated at New Britain, Connecticut this 8th day of November, 2019.

This matter is within the jurisdiction of this court.

THE PLAINTIFF,
JAMES DOE

BY _____
Kevin C. Ferry, Esq.
Monique S. Foley, Esq.
Cara T. Cavallari, Esq.
His Attorneys
Law Office of Kevin C. Ferry, LLC
77 Lexington Street
New Britain, CT 06052
(t) 860-827-0880
(f) 860-827-9942
Juris Number: 429851

9

RETURN DATE: DECEMBER 17, 2019 : SUPERIOR COURT

JAMES DOE : J.D. OF HARTFORD

VS. : AT HARTFORD

BRUCE BEMER : NOVEMBER 8, 2019

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is not less than $15,000.00 exclusive of interest and costs.

THE PLAINTIFF,
JAMES DOE

BY _____

Kevin C. Ferry, Esq.
Monique S. Foley, Esq.
Cara T. Cavallari, Esq.
His Attorneys
Law Office of Kevin C. Ferry, LLC
77 Lexington Street
New Britain, CT 06052
(t) 860-827-0880
(f) 860-827-9942
Juris Number: 429851

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

10

State of Connecticut)

                ) SS: Glastonbury        November 13, 2019

County of   Hartford)

Then and by virtue hereof and by direction of the Plaintiff's Attorney, I made due legal service by leaving a true and attested copy of the original Writ, Summons and Complaint, Temporary Ex Parte Application to Prosecute Suit in Pseudonym: James Doe, Memorandum of Law in Support of Temporary Ex Parte Application for Permission to Prosecute Suite in Pseudonym: James Doe, Order for Hearing and Notice, Time, Date, Scope and Duration of Sealing or Closure Order, Plaintiff's Motion for Permanent Use of the Pseudonym, James Doe with Motion & Memorandum of Law to File Affidavit of James Doe Under Seal, with my doings thereon endorsed, at the usual place of abode of **Bruce J. Bemer, 215 Sherwood Drive, Glastonbury, CT 06033,** the within named defendant.

The within is the original Writ, Summons and Complaint, Temporary Ex Parte Application for Permission to Prosecute Suit in Pseudonym: James Doe, Memorandum of Law in Support of Temporary Ex Parte Application for Permission to Prosecute Suite in Pseudonym: James Doe, Order for Hearing and Notice, Time, Date, Scope and Duration of Sealing or Closure Order, Plaintiff's Motion for Permanent Use of the Pseudonym, James Doe with Motion & Memorandum of Law to File Affidavit of James Doe Under Seal, with my doings hereon endorsed.

Attest: _____

Michael DeLorenzo

CT State Marshal

Hartford County

Fees:

| | |
|---|---|
| Pages | 22.00 |
| Endorsements | 1.60 |
| Service | 40.00 |
| Travel | 25.52 |
| TOTAL | $89.12 |

**Michael DeLorenzo**

**Connecticut State Marshal**

Case 3:20-cv-01103-VLB   Document 5   Filed 08/04/20   Page 22 of 26

LAW OFFICE OF KEVIN FERRIGNO, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

# EXHIBIT B

∞

| DOCKET NO.: HHD-CV19-5062220-S | : | SUPERIOR COURT |
|---|---|---|
| JAMES DOE | : | J.D. OF HARTFORD |
| VS. | : | AT HARTFORD |
| BRUCE J. BEMER | : | JANUARY 6, 2020 |

## AFFIDAVIT OF MONIQUE S. FOLEY

I, Monique S. Foley, being duly sworn, hereby depose and say that:

1. I am over the age of 18 years and understand the obligations and sanctity of an oath.

2. I am familiar with the facts alleged in the complaint dated November 8, 2019, which was served on the respondent-defendant on or about November 13, 2019, and the application for prejudgment remedy, which facts and allegations are incorporated by reference herein, and those facts are true and accurate to the best of my knowledge and belief.

3. Upon information and belief, the defendant will have no insurance to over this matter due to the nature of the allegations in the Complaint.

4. The plaintiff's injuries and damages include bodily invasion, alcohol/drug consumption and addiction and the humiliation of multiple sexual encounters as a minor with defendant, Bruce Bemer, that were precipitated and occasioned by the defendant's involvement in a human sexual trafficking racketeering operation where he targeted vulnerable young men or "boys" as described by defendant, who were susceptible to coercion and participation in the defendant's devious scheme by virtue of the plaintiff's minor age and vulnerable mental and emotional state. The defendant, Bruce Bemer, targeted the plaintiff as a result of his age as a minor and vulnerable mental state and the ease of convincing him to participate in sexual activity as a minor, which resulted in extensive pain and suffering and other damages.

5. Bruce Bemer was convicted by a Danbury Superior Court jury of patronizing a trafficked person and accessory felonious liability, C and B felonies respectively in connection with his attacks on multiple victims. The heinousness of the conduct set forth in the Warrant Applications and the

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

1

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

subsequent conviction of Bruce Berner merits the imposition of substantial punitive damages.

6. Based on the foregoing, I believe there is probable cause that a judgment will enter in favor of the applicant-plaintiff as against the respondent-defendant, in an amount not to exceed $3,500,000.00, taking into account any known defenses, counterclaims or setoffs.

7. I respectfully request a hearing on this matter.

_____
Monique S. Foley, Esq.

State of Connecticut

        ss: New Britain

County of Hartford

Subscribed and sworn to before me this 3rd day of January 2020.

_____
Commissioner of Superior Court/Notary Public



2

DOCKET NO.: HHD-CV19-5062220-S          :          SUPERIOR COURT

JAMES DOE                                          :          J.D. OF HARTFORD

VS.                                                      :          AT HARTFORD

BRUCE J. BEMER                                 :          JANUARY 6, 2020

## MOTION FOR PRE-JUDGMENT DISCLOSURE OF PROPERTY AND ASSETS

Pursuant to General Statutes § 52-278n, the applicant-plaintiff moves that the respondent-defendant be ordered to disclose the existence, location and extent of his interest in any and all sufficient, tangible or intangible real or personal property, including but not limited to general and tangible accounts, bank accounts, accounts receivable, individual retirement accounts, shares of stocks, bonds, partnership interests, business ownership, cash on hand, notes, bills, debts, obligations and liabilities in whatever form owing, choses in action, and/or tax refunds, or any of them to which the respondent-defendant may be entitled, or transferred within the last 90 days, to secure judgment, interest and costs in an amount not to exceed the sum of $3,500,000.00.

The applicant-plaintiff will demonstrate upon a hearing, that there is probable cause sufficient to obtain the remedies sought against the respondent-defendant in an amount not to exceed $3,500,000.00.

The Applicant-Plaintiff,

By:_____
Kevin C. Ferry, Esq.
Monique S. Foley, Esq.
Cara T. Cavallari, Esq.
Law Office of Kevin C. Ferry, LLC
77 Lexington Street
New Britain, CT 06052
(t) 860-827-0880
(f) 860-827-9942
Juris #: 429851

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

1

DOCKET NO.: HHD-CV19-5062220-S      :      SUPERIOR COURT

JAMES DOE                             :      J.D. OF HARTFORD

VS.                                 :      AT HARTFORD

BRUCE BEMER                     :      JANUARY 6, 2020

## ORDER FOR PRE-JUDGMENT REMEDY

WHEREAS, the applicant-plaintiff has filed an application seeking a pre-judgment remedy to secure a judgment, interest and costs in the amount of $3,500,000.00 by attachment and/or garnishment of sufficient property of the respondent-defendant;

WHEREAS, the court has conducted a hearing on the Motion pursuant to General Statutes § 52-278a, et seq,;

WHEREAS, the court has considered all the evidence relative to the applicant-Plaintiff's claims;

NOW THEREFORE, it is ordered that the application is hereby GRANTED and the applicant-plaintiff may secure the sum of $_____;

      a. Attach sufficient assets of the respondent-defendant not to exceed the sum of $_____.

Dated at Hartford, Connecticut this _____ day of _____, 2020.

THE COURT,

BY: _____
       JUDGE/CLERK

LAW OFFICE OF KEVIN C. FERRY, LLC
77 Lexington Street · New Britain, Connecticut 06052
Phone (860) 827-0880 · Fax (860) 827-9942 · Juris No. 429851

4