**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JAMES DOE                                  :
                                           :
                                           :
v.                                         :          NO. 3:20-cv-1103-VLB
                                           :
BRUCE BEMER                                :

## JUDGMENT

This action having come before the Court on plaintiff's motion to remand before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law and having issued an Order granting in part and denying in part plaintiff's motion, dismissing with prejudice Count Four of the amended complaint and dismissing the remaining state law claims without prejudice for lack of subject matter jurisdiction; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered for defendant as to Count 4.

Dated at Hartford, Connecticut, this 3rd day of September, 2020.

ROBIN D. TABORA, Clerk

By   /S/ Jeremy J. Shafer
        Jeremy Shafer
        Deputy Clerk

EOD: 9-3-2020